STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. HAROLD COHEN, DEFENDANT-RESPONDENT.

See same case below: 56 *N. J. Super.* 509.

*Mr. Vincent P. Keuper* for the petitioner.

*Messrs. Edelstein & Edelstein* for the respondent.

November 2, 1959. Granted.

TERMINAL EQUIPMENT CORPORATION, PLAINTIFF-RE-SPONDENT, v. FIREMAN'S FUND INDEMNITY COMPANY, DEFENDANT-PETITIONER.

*Messrs. Werksman, Saffron & Cohen* and *Mr. Eugene P. Sylvester* for the petitioner.

*Messrs. Heller & Laiks* and *Mr. Eugene L. Dinallo* for the respondent.

November 2, 1959. Granted. Judgment reversed, with costs in favor of the plaintiff and against the defendant. Cause remanded for a hearing upon the merits upon terms to include the allowance of a counsel fee in favor of the plaintiff and against the defendant, said counsel fee, if refused by the plaintiff, to be paid to the clerk of the court.